IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

HEOMA HECTOR,

       Plaintiff,

v

BOCA BEE QUALITY BAKERY, INC.
and PETER KALLAS,

       Defendants,

_____/

Civil Action No.: _____

Circuit Court Case No: 99-021504-18

**00-6091
CIV-MIDDLEBROOKS
MAGISTRATE
BANDSTRA**

NOTICE OF REMOVAL

TO    Heoma Hector and his attorney of record, J. Wil Morris of J. Wil Morris. P.A.
       19 West Flagler Street, Biscayne Building, Suite #1400, Miami, Florida 33130

Notice is hereby given in accordance with provision of 28 U.S.C. § 1446 that the Defendants, Boca Bee Quality Bakery, Inc., and Peter Kallas, by counsel, have hereby removed this action to the United States District Court for the Southern District of Florida. A copy of all process, pleadings, and orders will be submitted to the Court by the Circuit Clerk of the 17th Judicial Circuit in and for Broward County, Florida.  As grounds for removal. Defendants state as follows:

      1.    On or about December 22, 1999. Defendants, Boca Bee Quality Bakery, Inc. and Peter Kallas. were served with a Summons and Complaint for Damages together with a Request for Production. Interrogatories, and Request for Admissions, in an action commenced in the Circuit Court of the 17th Judicial Circuit in and for Broward County entitled <u>Heoma Hector v Boca Bee Quality Bakery, Inc. and Peter Kallas</u>, Case No. 99-021504 Copies of the Summons, Complaint, Request for Production. Interrogatories and Request for Admissions are attached hereto as Exhibit "A".

      2.    No further proceedings have occurred and no other pleadings have been filed in this action.

      3.    Plaintiff alleges, in summary, that Defendants owe Plaintiff unpaid overtime wages as allegedly required by the Fair Labor Standards Act.

      4.    Plaintiff's Complaint is subject to federal jurisdiction under the Fair Labor Standards Act. 29 U.S.C. § 201 *et seq.* In consequence, this case is within the original jurisdiction of this court under 28 U.S.C. § 1331 and may be removed to this Court pursuant to 28 U.S.C. § 1441.



5.    This notice is filed within thirty (30) days after receipt by the Defendants, through personal service, of a copy of the initial pleadings setting forth the allegations upon which this action is based.

6.    Pursuant to the provisions of 28 U.S.C. § 1446, this action is being removed less than one year after the commencement of the action.

7    Boca Bee Quality Bakery, Inc, and Peter Kallas hereby consent to this Removal.

WHEREFORE, this action is hereby removed to the United States District Court for the Southern District of Florida pursuant to the Statutes of the United States. Please take notice that no further proceedings may be had in the Circuit Court of Broward County, until and unless this action is remanded.

Respectfully submitted,

> Boca Bee Quality Bakery, Inc.
> and Peter Kallas,
> By Counsel,
>
> Schnur & Schnur, P.A.
> 7880 W. Oakland Park Blvd.
> Suite #300
> Ft. Lauderdale, Fl. 33351-6788
> (954) 741-8400
>
> MORRIS J. SCHNUR
> Florida Bar: 169488

- 2 -

I HEREBY CERTIFY that a true and correct copy of the Notice of Removal and attachments was mailed this _14_ day of January, 2000 to J. Wil Morris. Esq., Attorney for Plaintiff. 19 W. Flagler Street, Biscayne Building, #1400, Miami, Florida 33130.

Schnur & Schnur. P.A.
7880 W. Oakland Park Blvd.
Suite #300
Ft. Lauderdale, Fl. 33351-6788
(954) 741-8400

MORRIS J. SCHNUR
Florida Bar: 169488

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

HEOMA HECTOR,

        Plaintiff,

v.

                              CASE NO.:

BOCA BEE QUALITY BAKERY
and PETER KALLAS,

        Defendants.

_____/

*EXHIBIT "A"*

**99021504**

**18**

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL

TO:        BOCA BEE QUALITY BAKERY, INC.
               By and through its Registered Agent
               Peter Kallas
               1323 Lyons Road
               Coconut Creek, Florida 33063

## IMPORTANT

     A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the person named below.

     WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires that you provide the other party in this lawsuit access to or copies of certain documents and information. Failure to do this can result in the court taking action against you, including dismissal or striking of pleadings.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene **veinte (20) dias,** contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

AVISO: La regla 12.285, de las reglas de procedimiento del derecho de la familia del estado de la Florida exige que se entreguen ciertos datos y documentos a la parte adversa. So Ud. no cumple con estos requisitos, se le podran aplicar sanciones, las cuales pueden dar lugar al rechazo o a la desestimacion de sus escritos.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez **20 jours consecutifs** a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votreargent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la personne nommee ci-dessous.

ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les founir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.

**J. Wil Morris, P.A.**
Counsel for Plaintiff
19 West Flagler Street
Biscayne Building, Suite 1400
Miami, Florida 33130
(305) 374-5160

By: _____
J. Wil Morris
Florida Bar No. 069493

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named defendant.

DATED: ___/___/___ , 1999

DEC 2 0 1999

(SEAL) ROBERT E. LOCKWOOD
CLERK OF THE CIRCUIT COURT

VALERIE FORD

By: _____
Deputy Clerk

A TRUE COPY
Circuit Court Seal

C:\My Documents\Clients\Hector, Heoma\Pleading\Hector civil cover sheet & summons

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to F.S.A. §25.075.

**18**

### I. CASE STYLE

**99021504**

HEOMA HECTOR,

　　　　　　　Plaintiff,

v.

BOCA BEE QUALITY BAKERY
and PETER KALLAS,

　　　　　Defendants.
_____/

IN THE CIRCUIT COURT OF THE 1 7 T H JUDICIAL CIRCUIT,　IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

### II. TYPE OF CASE

| ☐ Domestic Relations | ☐ Torts | ☒ Other Civil |
|---|---|---|
| ☐ Dissolution | ☐ Professional | Contracts |
| ☐ Domestic Violence | ☐ Malpractice | ☐ Injunction |

### III. IS JURY TRIAL DEMANDED IN COMPLAINT ?　　☐ Yes　☒ No

Date: December _____, 1999.

Respectfully submitted,

**J. Wil Morris, P.A.**
**Counsel for Plaintiff**
**19 West Flagler Street**
Biscayne Building, Suite 1400
Miami, Florida 33130
(305) 374-6460

By: _____
J. Wil Morris
Florida Bar No. 069493

CACE

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

*18*

HEOMA HECTOR, an individual,

      Plaintiff,

v.

BOCA BEE QUALITY BAKERY, INC., an
administratively dissolved Florida corporation
and PETER KALLAS, individually and as the sole
director of BOCA BEE QUALITY BAKERY, INC.,

      Defendants.

_____/

CASE NO.

**99021504**

## COMPLAINT FOR DAMAGES

Plaintiff, Heoma Hector ("Mr. Hector"), by and through his undersigned counsel, hereby sues

Defendants, Boca Bee Quality Bakery, Inc. ("Boca Bee") and Peter Kallas ("Kallas"), individually

and as the sole director of Boca Bee Quality Bakery, Inc., and alleges as follows:

### INTRODUCTION

1.     This is an action to recover unpaid overtime pursuant to the Fair Labor Standards Act

of 1938, 29 U.S.C. §207.

### PARTIES

2.     Plaintiff, Mr. Hector is a resident of Broward County, Florida.

3.     Defendant, Boca Bee is an administratively dissolved Florida corporation with it

principal place of business in Broward County, Florida.

4.     Defendant, Kallas is a resident of Broward County, Florida and liability is being

asserted against Kallas, individually, pursuant to Fla. Stat. §607.1421(4).

J. WIL MORRIS, P.A., 19 WEST FLAGLER STREET, BISCAYNE BUILDING, SUITE 1400, MIAMI, FLORIDA 33130 (305) 374-5160 Fax: (305) 374-9572

HECTOR V. BOCA BEE QUALITY BAKERY, INC.                                    CASE NO:

## JURISDICTION AND VENUE

5.      This matter involves a dispute over monies that exceed the jurisdictional limitations

of this Court.  This Court has jurisdiction over this claim pursuant to 29 U.S.C. §216(b).

6.      Venue is properly set in this Court pursuant to Fla. Stat. §47.011 as the Defendants

reside and/or conduct business in Broward County, Florida.

## GENERAL ALLEGATIONS

7.      Mr. Hector has been an employee of Boca Bee and/or Kallas for the last seventeen

(17) years.

8.      At all times material hereto, Mr. Hector was an "employee" of Boca Bee and/or

Kallas within the meaning of the Fair Labor Standards Act of 1938.

9.      At all times material hereto, Boca Bee and/or Kallas  was Mr. Hector's "employer"

within the meaning of the Fair Labor Standards Act of 1938.

10.     At all times material hereto, Mr. Hector was engaged in commerce or in the

production of goods for commerce.

10.     Despite working an average of approximately sixty (60) hours per week for the entire

duration of his employment with and for Boca Bee and/or Kallas, Mr. Hector was not paid at the

overtime rate prescribed by the Fair Labor Standards Act of 1938.

11.     At no time during the course of his employment did Boca Bee and/or Kallas post a

United States Department of Labor poster in the workplace advising Mr. Hector of his rights to

overtime pay as required by 29 C.F.R. §516.4.

J. WIL MORRIS, P.A., 19 WEST FLAGLER STREET, BISCAYNE BUILDING, SUITE 1400, MIAMI, FLORIDA 33130  (305)  374 -5160 Fax: (305) 374-9572

- 2 -

HECTOR V. BOCA BEE QUALITY BAKERY, INC.                                                    CASE NO:

12.     Boca Bee's and/or Kallas' refusal to pay Mr. Hector overtime as required by the Fair

Labor Standards Act of 1938 was wilful and intentional.

WHEREFORE, Plaintiff, Heoma Hector, demands judgment, jointly and severally against

Defendants, Boca Bee Quality Bakery, Inc. and Peter Kallas for his unpaid overtime, an additional

equal amount as liquidated damages and attorneys' fees and costs pursuant to 29 U.S.C. §216(b)

### PUNITIVE DAMAGES

Mr. Hector reserves the right to amend his complaint to state a claim for punitive damages

pursuant to Fla. Stat. §768.72.

### DEMAND FOR JURY TRIAL

Mr Hector demands trial by jury on all issues so triable.

Dated: December 2, 1999

                                                    Respectfully submitted,

                                                    **J. Wil Morris, P.A.**
                                                    Counsel for Plaintiff
                                                    19 West Flagler Street
                                                    Biscayne Building, Suite 1400
                                                    Miami, Florida 33130
                                                    (305) 374-5160

                                                    By: _____
                                                         J. Wil Morris
                                                         Florida Bar No. 069493

C:\My Documents\Clients\Hector, Heoma\Pleading\ljwm.com.wpd

J. WIL MORRIS, P.A., 19 WEST FLAGLER STREET, BISCAYNE BUILDING, SUITE 1400, MIAMI, FLORIDA 33130 (305) 374-5160 Fax: (305) 374-9572

- 3 -

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

**18**

HEOMA HECTOR, an individual,

      Plaintiff,

      CASE NO.

v.

      **99021504**

BOCA BEE QUALITY BAKERY, INC., an
administratively dissolved Florida corporation
and PETER KALLAS, individually and as the sole
director of BOCA BEE QUALITY BAKERY, INC.,

      Defendants.

_____/

### PLAINTIFFS' REQUEST FOR PRODUCTION TO DEFENDANT
(First Set)

      Plaintiff, by and through undersigned counsel, pursuant to the Florida Rules of Civil Procedure

requests that Defendant, Peter Kallas, produce, within the time prescribed by those rules, the originals when

available, or copies when originals are unavailable, of the documents and things set forth on the attached

Exhibit A.

      I hereby certify that a true and correct copy of the foregoing has been served on the above-

named Defendant.

                 Respectfully submitted,

                 **J. Wil Morris, P.A.**
                 Counsel for Plaintiff
                 19 West Flagler Street
                 Biscayne Building, Suite 1400
                 Miami, Florida 33130
                 (305) 374-5160

                 By: _____
                     J. Wil Morris
                     Florida Bar No. 069493

Exhibit "A"

## REQUEST FOR PRODUCTION

1.        As to Request for Admission No. 1, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

2.        As to Request for Admission No. 2, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

3.        As to Request for Admission No. 3, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

4.        As to Request for Admission No. 4, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

5.        As to Request for Admission No. 5, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

6.        As to Request for Admission No. 6, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

7.        As to Request for Admission No. 7, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

8.        As to Request for Admission No. 8, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents

not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

9.          As to Request for Admission No. 9, propounded to you this date, if you either DENIED or stated you are WITHOUT KNOWLEDGE as to the Request, produce each and every document which in any way substantiates or supports your response. As to such documents not in your possession, identify same and state the name, address and telephone number of all persons who have possession of same.

10.        If you have not already done so, produce any and all documents identified in your responses to Plaintiff's Interrogatories to Defendant (First Set).

C:\My Documents\Clients\Hector, Heoma\Pleading\Request to Produce1.dis.wpd

**CACE**
**18**

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

99021504

HEOMA HECTOR, an individual,

       Plaintiff,                                                                 CASE NO.

v.

BOCA BEE QUALITY BAKERY, INC., an
administratively dissolved Florida corporation
and PETER KALLAS, individually and as the sole
director of BOCA BEE QUALITY BAKERY, INC.,

       Defendants.

_____/

## NOTICE OF SERVING INTERROGATORIES ON DEFENDANT
(First Set)

Notice is hereby given that Plaintiff, by and through its undersigned counsel, has propounded

to Defendant, Peter Kallas, the attached Interrogatories to Defendant (First Set), which are due to be

answered, under oath, no later than the time prescribed by the Florida Rules of Civil Procedure.

I hereby certify that a true and correct copy of the foregoing has been served on the above-

named Defendant.

                                  Respectfully submitted,

                                  **J. Wil Morris, P.A.**
                                  **Counsel for Plaintiff**
                                  **19 West Flagler Street**
                                  **Biscayne Building, Suite 1400**
                                  **Miami, Florida 33130**
                                **(305) 375160**

                          By: _____
                                  J. Wil Morris
                                  Florida Bar No. 069493

## DEFINITIONS

As used herein, "Plaintiff" refers to IIEOMA HECTOR.

As used herein, "Defendant" or "you" refers to Defendant, PETER KALLAS.

As used herein, "Plaintiff's Complaint" and "Exhibits" refer to the Complaint filed by Plaintiff in this case.

## INTERROGATORIES

NOTE: THE FIRST SECTION OF THESE INTERROGATORIES REFERS TO THE REQUEST FOR ADMISSIONS SERVED UPON YOU WITH THESE INTERROGATORIES.

1.  As to Request for Admission No. 1 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

2.  As to Request for Admission No. 2 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

3.  As to Request for Admission No. 3 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

- 2 -

4.      As to Request for Admission No. 4 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

5.      As to Request for Admission No. 5 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

6.      As to Request for Admission No. 6 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

7.      As to Request for Admission No. 7 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

8.     As to Request for Admission No. 8 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

9.     As to Request for Admission No. 9 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

- 4 -

I HEREBY ACKNOWLEDGE that I am the Defendant in this lawsuit, or the representative of the Defendant duly authorized to make the Answers to the foregoing Interrogatories on behalf of the Defendant, and said Answers are true and correct to the best of my knowledge and belief.

PETER KALLAS

By:_____

STATE OF FLORIDA          )
COUNTY OF _____        )

SUBSCRIBED and SWORN TO before me this _____ day of _____, 1999.
_____ Personally known to me
_____ Produced ID/Type: _____
_____ Under Oath

_____
Notary Public, State of Florida
My Commission Expires:

## CERTIFICATE OF SERVICE

I certify that the original of these Answers to Interrogatories was mailed on the _____

day of _____, 1999 to: J. Wil Morris, Esquire, Counsel for Plaintiff, Biscayne

Building, Suite 1400, 19 West Flagler Street, Miami, Florida 33130.

_____

C:\My Documents\Clients\Hector, Heoma\Pleading\First Set of Interrogatories1.dis.wpd



CACE
78

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

HEOMA HECTOR, an individual,

    Plaintiff,

v.

BOCA BEE QUALITY BAKERY, INC., an
administratively dissolved Florida corporation
and PETER KALLAS, individually and as the sole
director of BOCA BEE QUALITY BAKERY, INC.,

    Defendants.

_____/

**99021504**

CASE NO.

### NOTICE OF SERVING INTERROGATORIES ON DEFENDANT
(First Set)

Notice is hereby given that Plaintiff, by and through its undersigned counsel, has propounded

to Defendant, Peter Kallas, the attached Interrogatories to Defendant (First Set), which are due to be

answered, under oath, no later than the time prescribed by the Florida Rules of Civil Procedure.

I hereby certify that a true and correct copy of the foregoing has been served on the above-

named Defendant.

Respectfully submitted,

**J. Wil Morris, P.A.**
Counsel for Plaintiff
19 West Flagler Street
Biscayne Building, Suite 1400
Miami, Florida 33130
(305) 37 5160

By: _____
J. Wil Morris
Florida Bar No. 069493

## DEFINITIONS

As used herein, "Plaintiff" refers to HEOMA HECTOR.

As used herein, "Defendant" or "you" refers to Defendant, PETER KALLAS.

As used herein, "Plaintiff's Complaint" and "Exhibits" refer to the Complaint filed by Plaintiff in this case.

## INTERROGATORIES

NOTE: THE FIRST SECTION OF THESE INTERROGATORIES REFERS TO THE REQUEST FOR ADMISSIONS SERVED UPON YOU WITH THESE INTERROGATORIES.

1.    As to Request for Admission No. 1 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

2.    As to Request for Admission No. 2 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

3.    As to Request for Admission No. 3 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

- 2 -

4.      As to Request for Admission No. 4 propounded to you this date, if you DENIED the
referenced Request for Admission, state the factual basis for your denial and identify all
persons who have personal knowledge of the facts supporting the denial.

5.      As to Request for Admission No. 5 propounded to you this date, if you DENIED the
referenced Request for Admission, state the factual basis for your denial and identify
all persons who have personal knowledge of the facts supporting the denial.

6.      As to Request for Admission No. 6 propounded to you this date, if you DENIED the
referenced Request for Admission, state the factual basis for your denial and identify all
persons who have personal knowledge of the facts supporting the denial.

7.      As to Request for Admission No. 7 propounded to you this date, if you DENIED the
referenced Request for Admission, state the factual basis for your denial and identify all
persons who have personal knowledge of the facts supporting the denial.

8.    As to Request for Admission No. 8 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

9.    As to Request for Admission No. 9 propounded to you this date, if you DENIED the referenced Request for Admission, state the factual basis for your denial and identify all persons who have personal knowledge of the facts supporting the denial.

- 4 -

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00-6091

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Heoma Hector

FILED BY _____

00 JAN 20 AM 9: 4

CLERK, U.S. DIST. CT.
S.D. OF FLA. - FT. L.

### DEFENDANTS

Boca Bee Quality Bakery, Inc. and Peter Kalles

CIV-MIDDLEBROOK

MAGISTRATE
BANDSTRA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Palm Beach County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

J. Will Morris - 19 Flagler St.
Miami, Fl. 33110   305-374-5460

ATTORNEYS (IF KNOWN)

Schwarz + Schwarz P.A.
7880 W. Oakland Park Blvd.
Ft. Lauderdale, Fl. 33351

**(c)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,  (BROWARD),  PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEE...

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☑ 2 Federal Question (U.S. Government Not a Party)

☐ 3 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding

☑ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | B☐ 690 Other | **B SOCIAL SECURITY** | |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **A LABOR** | ☐ 861 HIA (1395ff) | |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☑ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | |
| | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 362 Personal Injury Med. Malpractice | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | |
| | ☐ 365 Personal Injury Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | |
| **A REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 370 Other Fraud | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 230 Rent Lease & Ejectment | ☐ 371 Truth in Lending | | | |
| ☐ 240 Torts to Land | ☐ 380 Other Personal Property Damage | | | |
| ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | | | |
| ☐ 290 All Other Real Property | | | | |
| **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | | |
| ☐ 442 Employment | **HABEAS CORPUS:** | | | |
| ☐ 443 Housing/Accommodations | B☐ 530 General | | | |
| ☐ 444 Welfare | B☐ 535 Death Penalty | | | |
| ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | | |
| | B☐ 550 Civil Rights | | | |
| | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Suit for payment of overtime - 28 USC §§ 331 and 29 U.S.C. sec. 441

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  1-20-2000

SIGNATURE OF ATTORNEY OF RECORD  J. Will Morris   01-20-00

**FOR OFFICE USE ONLY**

RECEIPT # 518345   AMOUNT $150.00   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___