IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

FILED
JAN 21 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

HEOMA HECTOR,

    Plaintiff,

v.                      Civil Action No. <u>00-6091-CIV-MIDDLEBROOKS</u>

BOCA BEE QUALITY BAKERY, INC.,
and PETER KALLAS,

    Defendants.

## DEFENDANTS' ANSWER

1.     Defendants admit that this action seeks redress pursuant to the Fair Labor Standards Act but deny the remaining allegations in paragraph one of the Complaint.

2.     Admitted.

3.     Defendants admit that Boca Bee Quality Bakery, Inc. is an administratively dissolved Florida corporation but deny that its principal place of business is in Broward County, Florida and affirmatively state that its principal place of business is in Palm Beach County, Florida.

4.     Admitted.

5.     Defendants admit that this Court has jurisdiction over this claim. Defendants deny the remaining allegations in paragraph five of the Complaint.

6.     Defendants admit that venue is appropriate in this Court but deny that defendants conduct business in Broward County, Florida.

7.     Denied.

8.     Denied.

9.     Denied.



10. Denied.

10 [sic] Denied.

11. Denied.

12. Denied.

All allegations in the Complaint not specifically admitted are hereby denied.

## AFFIRMATIVE DEFENSES

### I.

### Failure to State a Claim

Plaintiff has failed to state a claim upon which relief can be granted.

### II.

### Good Faith

At all times material hereto, defendants have acted in good faith.

### III.

### Reliance Upon Professional Advice

Defendants relied upon professional advice in compensating plaintiff for his work.

### IV.

### Jurisdiction

At all times material hereto, defendants did not engage in the jurisdictional minimum of $500,000 of commerce in any single year.

### V.

### Engaged in Commerce

Defendants affirmatively state that they and their current and former employees are not engaged in commerce or in the production of goods for commerce. All bread

baked is sold locally and within the State of Florida.

VI.

Laches, Unclean Hands, Satisfaction

Plaintiff's claims are barred by the doctrines of laches, unclean hands, and satisfaction.

WHEREFORE, defendants respectfully request that this civil action be dismissed with prejudice and that they be awarded their costs and fees reasonably incurred in defense hereof.

                                                Boca Bee Quality Bakery, Inc.,
                                                and Peter Kallas,
                                                By Counsel,

*/s/ Morris J. Schnur*
Morris J. Schnur, Esq.
Florida Bar: 169488
Schnur & Schnur, P. A.
Suite 300
7880 W. Oakland Park Blvd.
Fort Lauderdale, Florida 33351-6788
(954) 741-8400

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

HEOMA HECTOR,

    Plaintiff,

v.                          Civil Action No. 00-6091-CIV-MIDDLEBROOKS

BOCA BEE QUALITY BAKERY, INC.,
and PETER KALLAS,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 21, 2000, he served a true and correct copy of the foregoing "Defendants' Answer" to the following counsel of record by first class mail, postage prepaid:

J. Wil Morris, P.A.
19 West Flagler Street
Biscayne Building, Suite 1400
Miami, Florida 33130

                                            Morris J. Schnur, Esq.
                                            Florida Bar: 169488