UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.  00-6091-CIV-MIDDLEBROOKS

FILED by ____ D.C.

JAN 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.

HEOMA HECTOR,

      Plaintiff(s),

vs.

BOCA BEE QUALITY BAKERY, INC., et al.,

      Defendant(s).

_____/

## ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636 (b)(1)(A) and the Magistrate Judge Rules of the Local Rules

of the Southern District of Florida, the above-captioned cause is hereby referred to United States

Magistrate Judge Ted E. Bandstra for the conducting of a Scheduling Conference, pursuant to Local

Rule 16.1.B, for the purpose of setting pre-trial deadline dates, a trial date and for determining

possible consent to the jurisdiction of the Magistrate Judge for trial.   All counsel of record will be

required to attend this conference which will be noticed by Magistrate Judge Bandstra.  It is further

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in

this case to mail an additional copy of all motions and submissions pertaining to pre-trial and trial

scheduling, including the scheduling conference and consent to trial, directly to Magistrate Judge



Ted E. Bandstra, 300 N. E. First Avenue, Room 105, Miami, Florida 33132.

DONE AND ORDERED, in Chambers, at Miami, Florida, this ___ day of January, 2000.


DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE


cc:    Honorable Ted E. Bandstra
       J. Wil Morris, Esq.
       Morris J. Schnur, Esq.