UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CIV-MIDDLEBROOKS

HEOMA HECTOR,

    Plaintiff(s),

vs.

BOCA BEE QUALITY BAKERY, INC.,
et al.,

    Defendant(s).
_____/



**ORDER AND NOTICE OF SCHEDULING CONFERENCE**

THIS CAUSE is before the Court on the Order of Reference dated January 24, 2000 referring this cause to the undersigned for the purpose of conducting a Scheduling Conference pursuant to Local Rule 16.1.B of the Southern District of Florida. Pursuant thereto, this Court **notices** a Scheduling Conference before United States Magistrate Judge Ted E. Bandstra for April 10, 2000 at **2:00 p.m.**, at the United States Courthouse, 300 N.E. First Avenue, Courtroom IX, Miami, Florida.[1]

In preparation therefor, the Court ORDERS that counsel for the parties shall,

---

[1] The Court notes that one or more of the attorneys for the parties is located outside of the Southern Division of this Court. Accordingly, any such attorney may attend the Scheduling Conference by telephone by contacting this Court (305-523-5700) at least 48 hours in advance of the scheduled date to make the necessary arrangements.

within thirty (30) days of the date of this Order, meet, prepare and file a Scheduling Report and Joint Proposed Scheduling Order pursuant to Local Rule 16.1.B.7. The filing of the Scheduling Report and Joint Proposed Scheduling Order is mandatory so that a failure to do so may subject the offending party to appropriate sanctions. The parties are advised that a Pretrial Scheduling Order will be entered by the Court following the Scheduling Conference, and that it will be the duty of counsel to comply with the timetable set forth therein in order to insure an expeditious resolution of this cause.

Pursuant to Local Rule 16.1.B.8, counsel for plaintiff shall be responsible for giving notice of the requirements of Local Rule 16.1.B to each defendant or counsel for each defendant as soon as possible after such defendant's first appearance. Accordingly, the Court shall require plaintiff's counsel to also provide notice of this Order and its requirements to all defendants to ensure timely compliance therewith.

In addition to the requirements of Local Rule 16.1., the Court will also discuss the following matters with counsel at the Scheduling Conference:

a. the likelihood of settlement, the appropriateness of court-ordered mediation for this case, and the scheduling of such mediation:

b. the parties consent to a specially-set trial before the undersigned magistrate judge; and

c. pretrial procedures with respect to the filing and disposition of motions, compliance with the local rules, and related matters.