IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HEOMA HECTOR, an individual,

    Plaintiff,

v.

CASE NO. 00-6091-CIV-MIDDLEBROOKS

BOCA BEE QUALITY BAKERY, INC., an
administratively dissolved Florida corporation
and PETER KALLAS, individually and as the
sole director of BOCA BEE QUALITY
BAKERY, INC.,

    Defendants.
_____/

## NOTICE OF DEPOSITION

TO:   Morris J. Schnur, Esq.
       Schnur & Schnur, P.A.
       7880 W. Oakland Park Boulevard
       Suite #300
       Ft. Lauderdale, Florida 33351-6788

**NOTICE IS HEREBY GIVEN** that undersigned counsel of record for Plaintiff, Heoma Hector will take the following deposition on Tuesday, March 28, 2000, upon oral examination before a certified court reporter or other notary public authorized to take depositions in the State of Florida and at the offices of undersigned counsel, for use at trial and such other uses as are permitted by the Florida Rules of Civil Procedure:

    (1)     At 10:30a.m., Peter Kallas; and

    (2)     At 1:30 p.m., the representative of Boca Bee Quality Bakery, Inc. with the most knowledge of the facts and circumstances as alleged in the complaint and in the defenses and affirmative defenses thereto.

Failure to appear and/or produce the documents requested herein may result in the imposition of sanctions

against you pursuant to Florida Rule of Civil Procedure 1.380 for failure to comply with discovery.

> Respectfully submitted,
>
> **J. Wil Morris, P.A.**
> Counsel for Defendants
> 19 West Flagler Street
> Biscayne Building, Suite 1400
> Miami, Florida 33130
> (305) 374-5160
>
> By: _____
> J. Wil Morris
> Florida Bar No. 069493

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed on ~~January~~ Feb 17th 25, 2000 to: Morris J. Schnur, Esq., Schnur & Schnur, P.A., 7880 W. Oakland Park Boulevard, Suite #300, Ft. Lauderdale, Florida 33351-6788

By: _____
J. Wil Morris

C:\My Documents\Clients\Hector, Heoma\Pleading\Notice of Deposition.wpd