UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED
MAR 13 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. FLA. / MIA

HEOMA HECTOR, an individual,

    Plaintiff,

CASE NO.: 00-6091-CIV-MIDDLEBROOKS
Magistrate Judge BANDSTRA

v.

BOCA BEE QUALITY BAKERY, INC., an administratively dissolved Florida Corporation and PETER KALAS, individually and as the sole director of BOCA BEE QUALITY BAKERY, INC.,

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

Counsel for Defendant, Harry N. Turk, hereby requests a 2-week extension of time to file the Joint Scheduling Report due today March 13, 2000.

Such extension is necessary because the undersigned was retained by defendants on Friday, March 10, 2000, and has not yet had time to familiarize himself with the case. Furthermore, the Notice of Substitution of Counsel has not yet been filed. Plaintiff's counsel does not oppose such motion.

MIA:122448:1

Respectfully submitted,

_____
Harry N. Turk
Florida Bar No. 120596
Ruden McCloskey Smith Schuster &
Russell, P.A.
701 Brickell Avenue, Suite 1900
Miami, FL 33133
(305) 789-2727
(305) 789-2793 (FAX)
Harry N. Turk

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Joint Scheduling Report was furnished on March ____, 2000, by U.S. Mail to: J. Wil Morris, P.A., 19 West Flagler Street, Biscayne Building, Suite 1400, Miami, Florida 33130.

_____
Harry N. Turk, Esq.

MIA:122448:1