UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEOMA HECTOR, an individual,

    Plaintiff,

CASE NO.: 00-6091-CIV-MIDDLEBROOKS

v.

BOCA BEE QUALITY BAKERY, INC., an administratively dissolved Florida Corporation and PETER KALAS, individually and as the sole director of BOCA BEE QUALITY BAKERY, INC.,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, Boca Bee Quality Bakery, Inc., hereby moves for the entry of an order approving the substitution of Ruden, McClosky, Smith, Schuster & Russell, P.A., as counsel for defendant in place of Morris J. Schnur, Esq.

Dated: March 13, 2000

_____
Morris J. Schnur, Esq.
Florida Bar Number 169488
Schnur & Schnur, P.A.
7880 W. Oakland Park Boulevard
Suite #300
Ft. Lauderdale, Florida 33351-6788
(954) 741-8400
(954) 741-6299 (facsimile)

Dated: March 10, 2000

_____
Harry N. Turk
Florida Bar Number 120596
Ruden, McClosky, Smith
 & Russell, P.A.
701 Brickell Avenue
Suite 1900
Miami, Florida 33131
(305) 789-2727
(305) 537-3927 (facsimile)

MIA:122330:1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Substitution of Counsel was furnished on March _13_, 2000, by U.S. Mail to: J. Wil Morris, P.A., 19 West Flagler Street, Biscayne Building, Suite 1400, Miami, Florida 33130.

_____
Morris J. Schnur, Esq.

MIA:122330:1