UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEOMA HECTOR, an individual,

        Plaintiff,

CASE NO.: 00-6091-CIV-MIDDLEBROOKS

v.

BOCA BEE QUALITY BAKERY, INC., an
administratively dissolved Florida Corporation
and PETER KALAS, individually and as the
sole director of BOCA BEE QUALITY
BAKERY, INC.,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE JOINT SCHEDULING REPORT

THIS CAUSE came before the Court upon defendant's Unopposed Motion for Extension of Time to File Joint Scheduling Report.

THE COURT hereby grants the parties an extension to March 27, 2000, to file their Joint Scheduling Report.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of March, 2000.

                                              DONALD M. MIDDLEBROOKS
                                              United States District Judge

cc:    J. Will Morris, P.A.
        Harry N. Turk, Esq.

MIA:122448:1