UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEOMA HECTOR, an individual,

CASE NO.: 00-6091-CIV-MIDDLEBROOKS

Plaintiff,

v.

BOCA BEE QUALITY BAKERY, INC., an administratively dissolved Florida Corporation and PETER KALAS, individually and as the sole director of BOCA BEE QUALITY BAKERY, INC.,

Defendant.
_____/



FILED by _____ D.C.
MAR 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S
## MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon defendant's motion for substitution of counsel.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that defendant's motion is hereby GRANTED. Ruden, McClosky, Smith, Schuster & Russell, P.A., is substituted as local counsel of record in place of Morris J. Schnur, Esq. All future pleadings and papers shall be served upon Ruden, McClosky, Smith, Schuster & Russell, P.A.,

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2000.

DONALD M. MIDDLEBROOKS
United States District Judge

cc:   J. Will Morris, P.A.
      Harry N. Turk, Esq.

MIA:122330:1