CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTROOM IX   TIME 2:00 PM

MAGISTRATE JUDGE   TED E. BANDSTRA

Case No. 00-6091-CV-Dmm   Date APRIL 10, 2000

Clerk PATTY W. FITZPATRICK   Tape No. 00B-25-1287

ECR Clerk/Ct. Reporter _____

Title of Case  Hector v Boca Bee Bakery

P. Attorney(s)  Will Morris

D. Attorney(s)  Harry Turk

Reason for Hearing  Scheduling Conference

Result of Hearing  Court will enter a Scheduling Order - and a Mediation order

Trial 3 day Jury Feb 1, 2001 IN Miami

Case continued to _____   Time _____   For _____

