UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO. : 00-6091-CIV-MIDDLEBROOKS

HEOMA HECTOR, ETC., ET AL.

NOTICE OF MEDIATION CONFERENCE DATE

    Plaintiff(s),

vs.

BOCA BEE QUALITY BAKERY

    Defendant(s).
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DATE AND TIME: | 06/23/2000 Friday 10:00 A.M.* |
| LOCATION: | Florida Mediation Group<br>Cumberland Building, Suite 400<br>800 East Broward Boulevard<br>Ft. Lauderdale, FL 954-522-9991 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Martin A. Soll, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*3 HOURS HAVE BEEN RESERVED FOR THE MEDIATION. IF YOU THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-40960

Case 0:00-cv-06091-DMM   Document 14   Entered on FLSD Docket 05/16/2000   Page 2 of 2

```
                                        PAGE 2.
CASE NO.       : 00-6091-CIV-MIDDLEBROOKS
FMG FILE NO.   : 0-40960
PLAINTIFF      : HECTOR
```

Copies on May 11, 2000 to:

J. Wil Morris, Esq.
J. Wil Morris, P.A.
19 West Flagler Street
Suite 1400
Miami  FL  33130
305-374-5160 Fax 305-374-9572



Harry N. Turk, Esq.
Ruden, McClosky, et al.
701 Brickell Avenue
Suite 1900
Miami  FL  33131
305-789-2700 Fax 305-789-2793