UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CIV-MIDDLEBROOKS

HEOMA HECTOR,
         Plaintiff(s),

vs.

BOCA BEE QUALITY BAKERY, INC., et al.,
         Defendant(s).
_____/

FILED by _____ D.C.
MAY 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF CALENDAR CALL

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for Calendar Call on February 7, 2001 at 1:15 p.m., before the Honorable Donald M. Middlebrooks, United States District Judge, at the United States District Court, 301 N. Miami Avenue, Courtroom 6, on the Sixth Floor, Miami, Florida.

HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2000

CLARENCE MADDOX
COURT ADMINISTRATOR • CLERK OF COURT

By: _____
Joyce L. Walden
Courtroom Deputy Clerk

cc:  J. Will Morris, Esq.
      Harry Turk, Esq.

