UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
CASE NO.   : 00-6091-CIV-MIDDLEBROOKS
JUDGE      : DONALD M. MIDDLEBROOKS
TRIAL DATE:
```

HEOMA HECTOR, ETC., ET AL.

    Plaintiff(s),

vs.

**MEDIATORS REPORT**

BOCA BEE QUALITY BAKERY

    Defendant(s).

*************************

COMES NOW Martin A. Soll, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 06-23-2000 10:00.

**_X_**    AN AGREEMENT WAS REACHED.

    ____ Mediation Agreement attached, with the parties consent.

____    No Agreement was reached; Impasse.

____    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ____/____/____/ this matter shall be considered at an Impasse.

____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____    Other: _____

_____  6-23-2000
Certified Mediator, **FLORIDA MEDIATION GROUP** - FMG# 0-40960

(X)
28 W. Flagler St.
10th Floor
Miami, FL. 33130
(305) 579-9990

( )
800 E. Broward Blvd.
Suite 400
Ft. Lauderdale, FL. 33301
(954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)

medrept.fed