IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IHEOMA HECTOR, an individual,

    Plaintiff,

v.

CASE NO. 00-6091-CIV-MIDDLEBROOKS

BOCA BEE QUALITY BAKERY, INC., an administratively dissolved Florida corporation and PETER KALLAS, individually and as the sole director of BOCA BEE QUALITY BAKERY, INC.,

    Defendants.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties, having amicably resolved their differences, hereby stipulate to the dismissal of this lawsuit with prejudice, with each side to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| **Ruden, McKlosky, Smith & Russell, P.A.** | **J. Wil Morris, P.A.** |
| Counsel for Defendants | Counsel for Plaintiff |
| 701 Brickell Avenue | 19 West Flagler Street |
| Suite 1900 | Biscayne Building, Suite 1400 |
| Miami, Florida 33131 | Miami, Florida 33130 |
| (305) 789-2727 | (305) 374-5160 |
| By: _____ | By: _____ |
| Harry N. Turk, Esq. | J. Wil Morris |
| Florida Bar No. 120596 | Florida Bar No. 069493 |

C:\My Documents\Clients\Hector, Iheoma\Pleading\Notice of Deposition.wpd

