**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CIV-MIDDLEBROOKS

HEOMA HECTOR, an individual,

    Plaintiff,

vs.

BOCA BEE QUALITY BAKERY, INC., et al.,

    Defendants.
_____/



FILED by _____ D.C.
JUL 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Parties' Stipulation for Dismissal with Prejudice, filed on July 7, 2000. Seeing as the parties have resolved this matter on their own accord, it is

ORDERED AND ADJUDGED that the Stipulation is APPROVED. This case is DISMISSED WITH PREJUDICE and all pending motions are DENIED AS MOOT. The Clerk of the Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers, at Miami, Florida, this 12 day of July 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies to counsel of record